NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MAG INSTRUMENT, INC.,**
*Appellant,*

v.

**THE BRINKMANN CORPORATION,**
*Cross-Appellant.*

---

2011-1052, -1053

(Opposition Nos. 91164169, 91164340, and 91163534)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Mag Instrument, Inc. moves for a 14-day extension of time, until January 17, 2011, to file its principal brief, until February 14, 2011, for The Brinkmann Corporation to file its principal brief, until April 11, 2011 for Mag Instrument, Inc. to file its reply brief, and until April 25,

2011 for The Brinkmann Corporation to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**DEC 0 6 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert C. Weiss, Esq.
Gary A. Clark, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 6 2010

JAN HORBALY
CLERK